UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JAY PRESLEY and TAMMY PRESLEY, Husband and Wife,<br><br>    Plaintiffs<br><br>v.<br><br>BOARD OF SCHOOL DIRECTORS OF RANKIN SCHOOL DISTRICT No. 98, an Illinois Local Governmental Entity; STEVEN K. JOHNSON, Superintendent of Rankin Elementary School District No. 98, in His Individual Capacity; DEBBIE LOWMAN, President of the Board, in her Individual Capacity; JULIA NELMS, Secretary of Board, in her Individual Capacity; TIMOTHY GAY Board Member, in his Individual Capacity; LYLE SECREST, Board Member, in his Individual Capacity ;<br><br>    Defendants | Case No. 14-1055<br><br>Judge James E. Shadid<br>Magistrate Judge Tom Schanzle-Haskins |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR RESPONSE
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come the Plaintiffs, Jay Presley and Tammy Presley, Husband and Wife, by Richard L. Steagall, their attorney, and moves the court to enter the following Order and for such motion states:

    1.    The deadline for plaintiff's response to defendants' motion for summary judgment is November 7, 2016.

2.      Plaintiff's counsel believed as he told the court at the Thursday, November 3, 2016 Scheduling Conference that he would be able to file the response on November 7, 2016.

3.      He did not anticipate that he would have a severe episode of the flu over the weekend which required him to recover on November 7, 2016.

4.      He attempted to telephone defense counsel today to ask her consent for leave to file instanter, but she was unavailable. He apologizes for his inability to get the document filed yesterday because of his illness.

**WHEREFORE**, Plaintiffs, Jay Presley and Tammy Presley, Husband and Wife, prays the Court enter an Order allowing them to file Plaintiffs' Response to Defendants' Motion for Summary Judgment Instanter.

                Respectfully submitted,

                s/ Richard L. Steagall
                RICHARD L. STEAGALL,
                Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on **November 8, 2016**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Shari D. Goggin-Ward
Law Offices of Cozzi & Goggin-Ward
27201 Bella Vista Parkway, Suite 410
Warrenville, Illinois 60555-1619
Tel: (630) 393-2145
WarrenvilleLegal@LibertyMutual.com

                                              s/ Richard L. Steagall
                                              RICHARD L. STEAGALL

RICHARD L. STEAGALL
Steagall Law Offices
416 Main Street, Suite 815
Commerce Building
Peoria, IL 61602
309-674-6085
Fax 309-674-6032
nicsteag@mtco.com