UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAY PRESLEY and TAMMY PRESLEY, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 14-1055 |
| BOARD OF SCHOOL DIRECTORS OF RANKIN SCHOOL DISTRICT NO. 98, et al, | ) |
| Defendants. | ) |

## ORDER

This matter is now before the Court on Plaintiffs' Motion [32] for Leave to File Plaintiffs' Response to Defendants' Motion for Summary Judgment. For the reasons set forth below, Plaintiffs' Motion [32] is GRANTED. It is further Ordered that Plaintiffs' counsel is sanctioned in the amount of $500.

### DISCUSSION

Mr. Steagall has filed a Motion for Leave to File Plaintiff's Response to Defendant's Motion for Summary Judgment. This Motion would not be necessary but for Mr. Steagall's continued and regular abuse of the Court and its deadlines. That may be harsh, but without reciting the many other cases involving the same conduct, in this case alone the Court, on October 3, 2016, agreed to a consent between the parties to extend to October 18, 2016, the Plaintiffs' response time to Defendants' Motion for Summary Judgment. On October 18, 2016, Plaintiff's counsel filed a Motion for Extension of Time alleging in part an illness on October 17 and 18. The Court granted the extension over objection by defense counsel, but held a phone conference to set a November 7 deadline for Plaintiffs' Response.

1

Like clockwork, and fully expected by the Court, November 7 came and went without a Response until this motion was filed on November 8, 2016, with the Response attached, alleging the flu over the weekend ahead of Monday, November 7, 2016. Only because the Response was attached, and to not prejudice Mr. Steagall's client from a full opportunity to be heard, will the Court grant the Motion. However—and it is not like the Court to do so, and it is nothing personal to Mr. Steagall but yet specific to him—the Court cannot continue to allow Mr. Steagall to dictate and direct the traffic of pretrial discovery in each and every case he has pending. Therefore, the Court imposes a $500 sanction on Plaintiffs' counsel, payable as follows: $250 to attorney Goggin-Ward for partial fees to cover her previous Motion to Reconsider, and $250 to Prairie State Legal Services, 331 Fulton Street, Suite 600, Peoria IL 61602. Payments are to be mailed by November 21, 2016.

## CONCLUSION

For the reasons stated above, Plaintiffs' Motion [32] is GRANTED. It is further Ordered that Plaintiffs' counsel is sanctioned in the amount of $500.

Signed on this 9th day of November, 2016.

>              s/ James E. Shadid
>              James E. Shadid
>              Chief United States District Judge